IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE HUNSINGER, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:24-CV-0099-K-BK |
| | § | |
| ATMOS ENERGY CORPORATION, | § | |
|     DEFENDANT. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED, ADJUDGED AND DECREED that this case is REMANDED to Justice Court Precinct 4, Kaufman County, Texas for further proceedings.

SO ORDERED

Signed April 30th, 2024.

                                                    _____
                                                  ED KINKEADE
                                                  UNITED STATES DISTRICT JUDGE

Case 3:24-cv-00099-K-BK   Document 12   Filed 04/30/24   Page 2 of 2   PageID 69